NO









NO. 12-10-00085-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

OSCAR CESAR VEGA,

APPELLANT                                                     '     APPEAL
FROM THE 114TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
pleaded guilty to possession of marijuana in a drug free zone, and the trial
court assessed punishment at imprisonment for eight years.  We have received
the trial court’s certification showing that Appellant waived his right to appeal. 
 See Tex. R. App. P. 25.2(d). 
The certification is signed by Appellant and his counsel.  Accordingly, the
appeal is dismissed for want of jurisdiction.

Opinion delivered April 7, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)